

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Chatman | Civil Action No. 18cv0563-GPC-JMA |
| Plaintiff, | |
| V. | |
| Liquor Store; Liquor Store Plaza | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies Plaintiff's Motion to Proceed IFP as barred by 28 U.S.C. § 1915(g) and dismisses this action without prejudice based on Plaintiff's failure to pay the full statutory and administrative $400 civil filing fee required by 28 U.S.C. § 1914(a).

Date: 5/14/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano
        M. Lozano, Deputy